# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILSON, | : | Civil No. 3:18-cv-1637 |
| Plaintiff | : | |
| v. | : | (Judge Mariani) |
| LAWRENCE P. MAHALLY, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 14th day of June, 2019, upon consideration Defendants' partial motion (Doc. 18) to dismiss, and in accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The partial motion (Doc. 18) to dismiss is **GRANTED** as follows:

    a. All claims against Lawrence P. Mahally are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Lawrence P. Mahally as a party to this action.

    b. The misconduct-related claim against Defendants Grommel and Wilson is **DISMISSED**.

    c. The conspiracy claim against Defendants Grommel and Wilson is **DISMISSED**.

2. On or before July 15, 2019, Defendants Grommel and Wilson shall **FILE** an answer or appropriate pretrial motion to the remaining claims in the complaint.

Robert D. Mariani
United States District Judge