IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILSON, | : | Civil No. 3:18-cv-1637 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DENNIS GROMMEL, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 9th day of December, 2019, upon consideration of Plaintiff's second motion (Doc.39) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 39) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge