IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN WILSON, | : | Civil No. 3:18-cv-1637 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DENNIS GROMEL, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
FEB 17 2023
PER_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 17th day of February, 2023, upon consideration of the parties' cross-motions (Docs. 91, 99) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion (Doc. 91) for summary judgment is **DENIED**.

2. Defendants' motion (Doc. 99) for summary judgment is **GRANTED** in part and **DENIED** in part as follows:

    a. The motion is **GRANTED** with respect to the state tort claim.

    b. The motion is **DENIED** in all other respects.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge