IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

Kevin Wilson,  
Paintiff,

V.

Dennis Grommel, et al.,  
Defendants.

Case No.3:18-CV-1637RDM

### PLAINTIFF'S FIFTH MOTION IN LIMINE FOR THE ISSUANCE OF TWO WITNESS SUPOENAS

Plaintiff Kevin Wilson, moves the court to request two witness supoenas. In suport of this motion, plaintiff states:

1. Plaintiff would like to have inmate Raymond Bruton, testify via zoom on December 11, 2023.

2. Plaintiff would also like to have inmate Tyreek Wilson, who is an inmate at SCI-Dallas, testify via zoom, because this inmate was using telephone (3), at the times of plaintiff's attacks.

3. Plaintiff needs these supoenas to have these inmates present at trial.

Dated: 10/31/2023

Respectfully Submitted,

Kevin Wilson No. Ku3715  
209 Institution Drive  
P.O. Box 1000  
Houtzdale, Pa. 16698-1000

**FILED  
SCRANTON**

NOV 03 2023

PER_____DJ_____  
DEPUTY CLERK

Smart Communications/PADOC
SCI- HOUTZDALE
Name KEVIN WILSON
Number KU 3415
PO Box 33028
St Petersburg FL 33733

RECEIVED
SCRANTON
NOV 03 2023
PER CP
DEPUTY CLERK

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
10/31/2023
US POSTAGE $000.63⁰
ZIP 16698
041L17204394
FIRST-CLASS MAIL

Clerk of the Court
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, Pennsylvania. 18501-1148

18501314B