**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KEVIN WILSON,

    Plaintiff,

v.

LAWRENCE P. MAHALLY, ET AL.,

    Defendants.

CIVIL ACTION NO. 3:18-CV-1637

(JUDGE MARIANI)

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The **Warden at SCI - HOUTZDALE** and the United States Marshal are directed to produce the person of **KEVIN WILSON (KU-3715)** in the United States District Court for the Middle District of Pennsylvania on **MONDAY, DECEMBER 11, 2023 at 9:30 a.m.**, for Jury Selection and Trial, Courtroom to be determined, William J. Nealon Federal Building & U.S. Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania, and to keep the prisoner safe in custody and confine him from day to day, when not appearing in court, in a safe and suitable place of confinement and at the conclusion of the court proceeding, to return the prisoner to his place of confinement prior to the court proceeding to serve the balance of the sentence or sentences imposed upon him heretofore.

The prisoner shall be produced in court wearing civilian clothes, not in prison clothing.

Date: NOVEMBER 27, 2023

_____
Robert D. Mariani
United States District Judge