IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WILSON, | : Civil No. 3:18-cv-1637 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| LAWRENCE P. MAHALLY, DENNIS GROMEL, and C.O. WILSON, | : |
| Defendants | : |

**ORDER**

**AND NOW, THIS** _____ **DAY OF DECEMBER, 2023**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion *in Limine* to Exclude Evidence Regarding his Misconduct History (Doc. 132) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's Motion is **DENIED** with respect to the introduction of testimony and evidence relating to Plaintiff's February 3, 2018 misconduct report and the subsequent appeals.

2. Plaintiff's Motion is **GRANTED** with respect to the preclusion of all other testimony and evidence of his prior misconducts not encompassed within ¶ 1 herein. Should Plaintiff open the door to such topics, Defendants may request that the Court alter this ruling and allow Defendants to utilize evidence of other misconducts.

Robert D. Mariani
United States District Judge